## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**GENE A. DOWNS**                                                                     **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 3:06cv632 DPJ-JCS**

**WEYERHAEUSER COMPANY**                                           **DEFENDANT**

### FINAL JUDGMENT

For the reasons given in the Memorandum Opinion and Order granting Defendant's motion for summary judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of the Defendant and against the Plaintiff.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 29th day of February, 2008.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE